UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN NASH,<br><br>        Plaintiff,<br><br>    v.<br><br>HORIZON FREIGHT SYSTEMS, INC.,<br><br>        Defendant. | Case No. 19-cv-01883-VC<br><br>**ORDER DENYING MOTIONS TO REMAND AND DISMISS WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 12, 17 |

The motions to remand and dismiss are denied without prejudice. The parties will have 60 days from the date of this order to conduct jurisdictional discovery, after which they are invited to refile their motions.

In their renewed motions, the parties should be sure to address the following questions:

1. For removal jurisdiction to exist through complete preemption, must there be an identifiable substitute cause of action under federal law?

2. Does a driver who is subject to the Federal Motor Carrier Safety Act have a private cause of action against his/her employer for violation of the wage and hour rules under the Act and its regulations?

**IT IS SO ORDERED.**

Dated: June 14, 2019

_____
VINCE CHHABRIA
United States District Judge