UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN NASH,<br><br>        Plaintiff,<br><br>v.<br><br>HORIZON FREIGHT SYSTEMS, INC.,<br><br>        Defendant. | Case No. 19-cv-01883-VC<br><br>**ORDER RE DISCOVERY MOTIONS**<br><br>Re: Dkt. Nos. 74, 75 |

Horizon's motion for a discovery stay is denied, and Nash's motion to compel is granted in full. Horizon has 14 days from this order to provide amended responses to interrogatories and produce the requested documents. Other deadlines and scheduling matters will be discussed at the case management conference.

**IT IS SO ORDERED.**

Dated: April 14, 2020

_____

VINCE CHHABRIA
United States District Judge