WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
Rachel E. Davey (Bar #316096)
rachel@workmanlawpc.com
177 Post Street, Suite 800
San Francisco, CA 94108
Telephone:  (415) 782-3660
Facsimile:  (415) 788-1028

*Attorneys for Plaintiff, Marvin Nash on behalf of himself and all others similarly situated*

LEWIS BRISBOIS BISGAARD & SMITH LLP
John L. Barber, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
Alan Rupe, *Pro Hac Vice*
  E-Mail: Alan.Rupe@lewisbrisbois.com
Zahra Khoury, SB# 231065
  E-Mail: Zahra.Khoury@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.966.3115
Facsimile: 714.850.1030

*Attorneys for Defendant Horizon Freight System, Inc*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN NASH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HORIZON FREIGHT SYSTEM, INC., and Does 1 through 50, inclusive,<br><br>Defendants. | No.  3:19-CV-01883-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CURRENTLY SCHEDULED FOR JUNE 25, 2020, TO JULY 9, 2020**<br><br>Judge:     Hon. Vince Chhabria<br>Ctrm:      04, 17th Floor<br><br>Action Filed:     February 22, 2019<br>Trial Date:       None Set |

Plaintiff Marvin Nash ("Plaintiff") and Defendant Horizon Freight System, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, stipulate and agree that good cause exists to continue the hearing date on Defendant's Motion For Summary Judgement, currently scheduled for June 25, 2020, to July 9, 2020:

WHEREAS, on March 25, 2020 Defendant filed a Motion for Summary Judgment ("MSJ");

WHEREAS, on April 8, 2020, Plaintiff timely filed his Opposition to Defendant's MSJ;

WHEREAS, on April 15, 2020, Defendant timely filed a Reply to its MSJ;

WHEREAS, the hearing date for Defendant's MSJ was originally set for April 30, 2020;

WHEREAS, on April 27, 2020, the clerk of this Court filed a "Clerk's Notice Rescheduling the motion hearing set for 4/30/2020 to 6/25/2020," setting the hearing for 10:00am;

WHEREAS, counsel for Plaintiff, Robin Workman, has a mandatory settlement conference at which she must appear in another case, Otero v. Tri-Ced Commercial Recycling, Alameda County Superior Court, Case no. RG18925070, on 6/25/2020, at 9:00am, which was set by that court on 7/11/2019;

WHEREAS, on June 2, 2020, Ms. Workman notified Defendant of the conflict and Defendant requested Plaintiff prepare a stipulation;

WHEREAS, July 9, 2020, is available on the Court's calendar;

WHEREAS, the Parties stipulate and agree that Defendant's MSJ, currently scheduled to be heard on June 25, 2020, be heard on July 9, 2020;

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Date: June 3, 2020                                    WORKMAN LAW FIRM, PC

                                        By:   /s/Robin G. Workman
                                              Robin G. Workman
                                              *Attorneys for Marvin Nash, and all others similarly situated*

| | |
|---|---|
| Date: June 3, 2020 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: /s/Zahra Khoury |
| | Alan Rupe *Pro Hac Vice* |
| | Zahra Khoury |
| | *Attorneys for Defendant Horizon Freight System, Inc.* |

-4-

## [~~PROPOSED~~] ORDER

The Court, having reviewed the parties' Joint Stipulation to Continue the hearing on Defendant's Motion for Summary Judgment from June 25, 2020, to July 9, 2020, and finding that good cause has been shown, hereby orders that:

The hearing on Defendant's Motion for Summary Judgment will take place on July 9, 2020, at 10:00 a.m., in San Francisco, Courtroom 04, 17th Floor.

IT IS SO ORDERED.

_____

THE HONORABLE JUDGE VINCE CHHABRIA