**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
ALAN RUPE, *Pro Hac Vice*
  E-Mail: Alan.Rupe@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ANTHONY C. OCEGUERA, SB# 259117
  E-Mail: Anthony.Oceguera@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant
Horizon Freight System, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN NASH,<br><br>            Plaintiff,<br><br>    vs.<br><br>HORIZON FREIGHT SYSTEMS, INC., and DOES 1 THROUGH 50, inclusive,<br><br>            Defendants. | CASE NO. 3:19-cv-01883-VC<br><br>~~PROPOSED~~ **ORDER RE STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge:         Hon. Vince G. Chhabria<br>Action Filed:  February 22, 2019<br>Trial Date:    None Set |

~~Defendant HORIZON FREIGHT SYSTEMS, INC. and Plaintiff MARVIN NASH's (collectively "the Parties") Stipulation to Continue came on for hearing on the Court's regular calendar on _____.~~

The Court, having reviewed the Parties Stipulation, and finding good cause therein, hereby ORDERS as follows:

The Parties Stipulation is hereby GRANTED, as follows,

///

1.     The hearing on Plaintiff's Motion for Class Certification, currently set for November 19, 2020, is continued to December 17, 2020.

**IT IS SO ORDERED.**

Dated: October 8, 2020



Hon. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE