1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN NASH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HORIZON FREIGHT SYSTEM, INC., and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:19-cv-01883-VC<br><br>[~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 FOR APPROVAL OF CLASS NOTICE, APPOINTMENT OF RG2 CLAIMS ADMINISTRATION AS CLAIMS ADMINISTRATOR, ORDERING DEFENDANT TO PROVIDE CLASS INFORMATION TO RG2, AND APPROVING 45 DAY NOTICE PERIOD<br><br>AS MODIFIED |

[~~PROPOSED~~] ORDER         1                            4:19-cv-01833-VC

Before the Court is Plaintiff's Administrative Motion Pursuant To Local Rule 7-11 for: Approval of Class Notice, Appointment of RG2 Claims Administrator as Claims Administrator, Ordering Defendant to Provide Class Information to RG2, and, Approving a 45-Day Notice Period for Class Members.

Plaintiff's Motion is hereby **GRANTED**.

On December 23, 2020, this Court granted Plaintiff's motion for class certification, certifying a class of drivers who contracted with and drove for Defendant from February 22, 2015, to the present. It is necessary to send notice to the class members to allow class members to opt out of the class. The Court approves the Notice of Pendency of Class Action Lawsuit submitted by Plaintiff with the class certification motion and with this motion. The Court also appoints RG2 Claims Administration as the claims administrator to disseminate class notice to class members. The Court also orders Defendant to provide RG2 with contact information for the class members. The Court also approves 45-days for the class notice period.

*Delay of the class certification process pending resolution of Horizon's request for permission to appeal is not warranted.*

IT IS SO ORDERED

DATED: ___January 12___, 2020



The Honorable Vince Chhabria
United States District Court

[~~PROPOSED~~] ORDER                    2                    4:19-cv-01833-sk