WORKMAN LAW FIRM, PC
Robin G. Workman (Bar #145810)
robin@workmanlawpc.com
2325 3rd Street, Suite 329
San Francisco, CA 94107
Telephone:  (415) 782-3660
Facsimile:  (415) 788-1028

*Attorneys for Plaintiff, Marvin Nash
and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN NASH,<br><br>    Plaintiff,<br><br>vs.<br><br>HORIZON FREIGHT SYSTEM, INC., and Does 1 through 50, inclusive,<br><br>    Defendants. | No.  3:19-CV-01883-VC<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR ORDER:**<br><br>a) **GRANTING FINAL APPROVAL OF CLASS SETTLEMENT;**<br><br>b) **APPROVING REQUEST FOR CLAIMS ADMINISTRATOR FEE;**<br><br>c) **APPROVING REQUEST FOR ATTORNEYS' FEES AND COSTS; AND,**<br><br>d) **APPROVING REQUEST FOR INCENTIVE PAYMENT TO CLASS REPRESENTATIVE MARVIN NASH**<br><br>    DATE:    April 14, 2022<br>    TIME:    10:00 a.m.<br>    CRTM:    4- 17th Floor |

TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 14, 2022, at 10:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 4, 17th Floor, of the above-entitled Court located at Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiff and Class Representative Marvin Nash on behalf of a class of similarly situated individuals, will and hereby does move the above-entitled Court for an order granting final approval of class settlement, approving request for settlement administrator fee, approving a request for attorneys' fees and costs incurred by Class Counsel in prosecuting this action from inception through final approval, and approving a request for a service award to class representative Marvin Nash.  This motion is unopposed and based on the Stipulation of Settlement filed on December 6, 2021 at Docket # 207-2, Exhibit D.

This Motion is made pursuant to Federal Rule of Civil Procedure 23(h) and the Court's Order granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement. The basis of Plaintiff's Motion is that the settlement is fair, reasonable, and adequate, as this Court preliminarily found in its order granting preliminary approval of the settlement, and that the attorneys' fees and costs were reasonably incurred by Class Counsel and that the service award to class representative Marvin Nash is reasonable given the work performed in this matter and the risks taken by Mr. Nash in bringing this action on behalf of the class.  Given the settlement administrator performed all tasks required, the fees sought for administration are also reasonable.

This motion is based upon this Notice, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice filed herewith, this Court's Preliminary Approval Order, the supporting declaration of Robin G. Workman, and the exhibits attached thereto; the supporting declaration of Nicole Bench, the Settlement; the complete files and records in this action; and such other argument and documents as may be presented at the hearing on this Motion.

Date: March 9, 2022                                         WORKMAN LAW FIRM, PC

                                                        By:  /s/Robin G. Workman
                                                             Robin G. Workman
                                                             *Attorneys for Marvin Nash and all others*
                                                             *similarly situated*